MAYAN DUENES RIGER DIN;15R1240  
ATTICA CORRECTIONAL FACILITY  
P.O.BOX 149  
ATTICA,NEW YORK 14011-0149

DATED  5-13-   2019

JAMES M. HAMLEY FEDERAL BUILDING ANDUS COURT HOUSE  
P.O. BOX 7346  
SYRACUSE, NEW YORK 13261

RE; MAYAN DUENAS RIGER V. OFFICER BIGELOW ET. AL; 9;18-CV-1161

PLEASE. take notice that I riger mayan duenas will be released from state custody on DATED MAY 21 ,2019 as my immigration detainer has been lifted,

please insert this information in my LEGAL CLAIM as per new york N.Y state's charter included is my new address . <u>I WILL SEND THIS WITH SHELTE COUNSELER</u>  
I plan to engage LEGAL help to process my CLAIM against NEW YORK n.y state upon my release.



DATED  5-13-   2019  
RESPECTFULLY SUBMMITTED

Riger Mayan D.  
mayan duenas riger din; 15R1240  
attica correctional facility  
p.o box 149  
attica,new york 14011-0149

SWORN TO THIS  13  
DAY OF  May  2019

NOTARY PUBLIC

BRIAN HEMBROOK  
NOTARY PUBLIC-STATE OF NEW YORK  
No. 01HE6342568  
Qualified In Erie County  
My Commission Expires 05-31-2020

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF WYOMING )

I: MAYAN DUENAS RIGER, being duly sworn, deposes and says: that on this 13 day of MAY, 20 19, I have served true and exact copies of the foregoing documents: _____

upon the below listed person(s), to wit: JAMES M. HAMLEY FEDERAL BUILDING ANDUS COURT HOUSE P.O.BOX 7346  SYRACUSE, NEW YORK 13261

RE; MAYAN DUENAS RIGER  V.  OFFICSR BIGELOW  ET.AL; 9;18-CV-1161

by placing same in postage prepaid envelopes and depositing in the U.S. Mail at Attica Correctional Facility.

DATED: 5-13-, 20 19

Yours etc.

Riger Mayan D.
mayan duenas riger din;15R1240
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011

SWORN TO THIS 13
DAY OF May, 20 19

_____
NOTARY PUBLIC

**BRIAN HEMBROOK**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 01HE6342568
Qualified In Erie County
My Commission Expires 05-31-2020

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: MAYAN DUENAS RIGER   DIN: 15R1240

**RECEIVED**
MAY 17 2019
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

LEGAL MAIL

JAMES M. HAMLEY BUILDINGN FEDERAL ANDUS
COURT HOUSE P.O. BOX 7346 SYRACUSE, NEW YORK
NEW YORK N.Y 13261

ATTICA
CORRECTIONAL FACILITY

05/15/2019
US POSTAGE $000.50
ZIP 14011
041M11284163

132613"346 B001