Attica cor.Facil F.
Box 149.
Attica, New York 14011-0149.
Name: Mayan Dueñas Riger din# 15R1240.

May 16, 2019.

Jame M. Hanley Federal Building
and U.S courthouse
P.O. Box 7346.
Syracuse, N.Y 13261.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 20 2019
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

RE: Mayan Dueñas Riger v. Bigelow, et al, 9:18-CV-1161

Estimado Building Federal yo el Recluso Riger Mayan Dueñas Le estoy escribiendo esta Pequeña carta. yo voy a salir de Liberta 5/21/2019 Primero Que todo voy a buscarme un abogado en el estado New York Para Que Pueda esaminar mis documento 1983. Y Que se contarte con el clerk.

este alsidente Que susedio enero 14, 2018 en clinton c.F yo Lo voy aPeliar con un abogado. Yo Lo sufri en carne Propia. abusaron de mis Porque yo no ablo incles y no Lo escribo. Pero yo le voy aPedir Justicia a La Ley.

Respectuosamente
Riger Mayán Dueñas
15R1240

cc. File.



**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Nalon Duenas   DIN: 15R1240

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
MAY 20 2019

ATTICA
CORRECTIONAL FACILITY

05/16/2019
US POSTAGE $000.50⁰
ZIP 14011
041M11284163

Jame M. Hanley Federal Building
and U.S courthouse
P.O. Box 7346
Syracuse, New York 13261

Legalmail.