Attica correctional Facility May 17, 2019
Box 149
Attica, New York 14011-0149
Name, Mayan Dueñas Riqer din# 15R1240

Jame. M Hanley Federal Building
and U.S courthouse
P.O. Box 7346

RE: Mayan Dueñas Riqer v. Bigelow, et al, 9:18-cv-1161

Le escribo esta carta Para Que tenga Mas conocimiento Resperto a Los colao de Law Library yo tube 3 semana Fuera del correctional Attica. yo tube un aloime en La corte de Manhattan 3-25-2019 asta 4-16-2019 Me incorporaron en Attica, C.F desde Que Me incorporaron yo Ponia colao Request Para Law Library. estube 2 semana Que ami no me Ponian en el colao asta Que le escribi al superientendent de Los Programa. J. clinton Para Que me den un estra colao en Law Library. yo recibi 5 Legal mail 4-19-2019 de Albany N.Y Para Responde Los Legal mail Law Library es una 1 ves Por semana y Lo

Que nos dan es una Hora, yo presente Los documento Legal mail Para un estra colao y ami todavia no me an dado un slecial access yo tengo Que Responder Por mediacion de Los Recluso Que trabajan en Law Library Publi asiste Que amblan español a ingles Para Poder Responder Los documento Legales.

aqui yo Le mando copia al Buildin Federal Para Que tengan conocimiento de La injusticia. Aqui Los officiales no Respetan ni La Law Library ni Los documento Legales Aqui Hay tremendo abuso Discriminacion. yo tengo Que ablale toda La verda y mis inquietudes al Building Federal este asidente yo Lo sufri 1-14-2018 yo sufro trausma mentales de La clase golfiza Que me dieron yo tengo serio Problemas en el dormil

5-21-2019 es mi dia de Liberta, yo soy un imigrante cubano naci en Habana cuba. yo me voy a buscar un abogado del estado New York yo Le voy a Pedir Justicia a La Ley Mayan Dueñas Riger

Respectuosamente

H. D.

Riger     15F1240

2



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**MEMORANDUM**

**To:** R. Mayan Duenas  15R1240  C-31-28

**From:** Joey Clinton, Deputy Superintendent for Programs

**Date:** April 24, 2019

**Subject:** REQUEST FOR EXTRAORDINARY LAW LIBRARY ACCESS

---

I am in receipt of your request for extraordinary Law Library access due to an impending deadline. Your request has been forwarded to the Law Library Officer, who will place you on a callout. At that time, <u>it is your responsibility to go to the Law Library Officer's desk and present your legal documentation for his review.</u> A special access determination will be made by him at that time.

Additional Comments:

JC.li

cc: Law Library Officer Hembrook w/Attach
    File

Attica correctional f.
Box 149
Attica, New York 14011-0149.
Name: Mayan Dueñas Riqer din#15R1240

April 23, 2019.

**Block** c-31-28.

Deputy superintendent of Programs:
J. Clinton.

I Mayan Dueñas Riqer 15R1240 am writing to you Regarding the Law Library call-outs. I put in 2 Request the Last weak For Law Library and wasn called. I need you to Please Put me in For Law Library. I have some important Legal work I Recieved and need to get back to them the Superintendent of Programs J. Clinton I need you to Put me down For Next tuesday For call-out For 9:00 Am or 6:Pm Please thank you very much. thank you For your time

Sincerly
x Riqer Mayan Dueñas
15R1240

cc. File.

Attica correctional F.
　　Box 149
Attica, New York 14011-0149
Name: Mayan Dueñas Riqer 15R1240

April 23, 2019

James M. Hanley Federal Building
P.O. Box 7346
Syracuse, New York 13261

I Inmate Mayan Dueñas Riqer 15R1240 am writing this Letter because I wish to Let you Know that I was out of Attica correctional Facility From 3-25-2019 I was out to court in Manhattan. I returned 4-16-2019 Since I returned I have dropped two Law Library request forms, but I have not been Put on a call-ou the Law Library is once a week. I have received Five Legal mail Letterson 4-19-2019. I have to go to the Law Library to respond to the Five Legal mail Letters I have received

Respectfully submitted
x Riqer Mayan D.
15R1240.

cc. File

**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Nayan Buenas R   DIN: 15R1240

RECEIVED MAY 22 2019
U.S. DISTRICT COURT N.D. OF N.Y. ALBANY, CLERK

Jame M. Hanley Federal Building
and U.S Courthouse
P.O. Box 7346
Syracuse, New York 13261

Legal mail.

05/20/2019 US POSTAGE $000.65⁰
ZP 14011
041M1284163

13261$7346 B001