```
INMATE COPY   NYS Dept. of Corrections and Community Supervision   Date: 05/16/19
FORM 9026             Parole Board Release Decision Notice
*** AMENDED ***
    Name:             MAYANDUENA,RIGER
    DIN:              15R1240
    Nysid:            0173139 5Z
    Facility:         ATTICA
    Interview Date:   07/24/2018
    Interview Type:   CRC

    ME Date:   05/21/2019
    CR Date:   NONE
    Prev Hold:

                                                  MIN SENT     MAX SENT
                                         FLCL     (YY-MM)      (YY-MM)
                                          C        00-00        05-00



    Sentencing Counties:     NEW YORK

    Jail Time in Days:       0365




*  *  *  *  *  *  *              I N M A T E   C O P Y              *  *  *  *  *  *  *
```

Recol copy



ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Mayra Dueñas R     DIN: 15R1240

RECEIVED MAY 23 2019

Legal mail

Jame M. Hanley Federal Building
and U.S Courthouse
P.O. Box 7346
Syracuse, New York 13261