11/7/19

Dear Honorable Judge Glenn T. Suddaby

United States District Judge

Federal Building and U.S. Courthouse

P.O. Box 7336

Syracuse, NY, 13261-7336



Please be advised that I currently resided Meyer Mental Health Shelter, located at 600 East 125st., New York, NY, 10035. My floor is the 8th floor and my room number is 865 and my bed number is 864. Yesterday, 11/6/19, I went to see my lawyer and he saw 5 minutes after I arrived. When I met with him in his office, he asked me if I received a letter from you, Federal Court and told him no. He proceeded to ask me my address, when I showed him my current address, he realized that he made a mistake in the address, hence I was not able to receive the letter from you. I got out of prison on 5/21/19 and at that point I informed the court that I was going to get a lawyer. The first time I saw my lawyer was on 6/20/19 at 20 Vesey St, Suite 1400, New York, NY, 10007 and I signed all the documents for the lawsuit. I Riger Mayandueñas suffered a beating at Clinton Correctional Facility and I want to ask justice from the law.

Enclosed I sent you records that indicate my current address and proof that I resided in said location. My lawyer when he saw that he made a mistake in my address yesterday, he immediately notified the courts via email and fax. My counselor at the Program that I got to, helped me to prepare this letter, because I am experiencing depression, stress and anxiety.

Sincerely yours,

*Riger Mayán Dueñas*

# SIVIN & MILLER, L.L.P.
Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

Glenn D. Miller
Edward Sivin*
--------------
Andrew C. Weiss

*also member of NJ Bar

September 24, 2019

Phone: (212) 349-0300
Fax:   (212) 406-9462

<u>Via ECF filing</u>

Hon. Glenn T. Suddaby
United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

       Re: Mayaduenas v. Bigelow, et. al.,
       Case No. 9:18-CV-1161 (GTS)(DEP)

Your Honor:

The undersigned writes on behalf of plaintiff Riger Mayaduenas, who appears *pro se* in this action, does not speak English, and currently resides in a homeless shelter in Manhattan.

Our office is considering representing plaintiff in this matter. This afternoon, however, I read on PACER Magistrate Judge Therese Wiley Dancks' Report and Recommendation, and the accompanying text order, that plaintiff's case be dismissed due to plaintiff's failure to contact the court over the past several months.

Having spoken with plaintiff, I can advise the Court that plaintiff wishes to pursue his lawsuit and that it never was his intention to abandon his case. Plaintiff therefore objects to the Report and Recommendation to the extent it recommends dismissal of his lawsuit. Please also note that plaintiff's current address, to which all future notices can be sent, is as follows: Riger Mayaduenas, c/o HELP MEYER Men's Shelter at Manhattan Psychiatric Center, 699 E. 125th Street, New York, NY 10035.

Since we have not yet determined whether we formally will be representing plaintiff in this lawsuit, I am not at this time filing a Notice of Appearance.

Thank you for your consideration in this matter.

            Very truly yours,

            Edward Sivin

ES/lo

Cc: AAG Konstandinos D. Leris (via ECF)

# Riger Mayaduenas
c/o HELP MEYER Men's Shelter at Manhattan Psychiatric Center
699 E. 125th Street
New York, NY 10035

September 25, 2019

<u>Via ECF filing</u>

Hon. Glenn T. Suddaby
United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

       Re: Mayaduenas v. Bigelow, et. al.,
       Case No. 9:18-CV-1161 (GTS)(DEP)

Your Honor:

I am the plaintiff in this matter.

Mr. Sivin has read and translated for me the letter he wrote to the Court on September 24, 2019. All of the information provided in that letter is accurate, and I agree with everything Mr. Sivin said in the letter. I object to the Report and Recommendation, and respectfully request that my case not be dismissed.

The contents of this letter also have been translated for me from English to Spanish.

Thank you for your consideration.

          Very truly yours,

          Riger Mayaduenas



**H E L P   U S A**

Celebrating 30 Years
Building Better Lives

Meyer Mental Health Shelter

600E 125th Street

New York, New York 10035

11/5/19/19

To Whom it may concern

      Following are a list of medications that are being taken by Riger Mayan Duenas, a resident at the Meyer Men's Shelter. Room 865 bed 864. Fluoxetine 20mg 1 tab by mouth nightly, bupropion 150mg 1 tab by mouth daily, mirtazapine 45mg 1 tab by mouth daily, fluticasone 50mcg nasal spray. Mr. Mayan Duenas is compliant with his medications.  If any more information is necessary, please feel free to contact any of the following staff of the medication room. Alexander Niles LPN, Erica Kelly med. Coordinator, Denise James med. Coordinator.  The office number is (646)905-3428. To reach LPN directly (646) 905-3433

Sincerely,

Denise James



**HELP USA — Building Better Lives**
600 E 125TH ST, NEW YORK, NY 10035
HELP MEYER MEN'S SHELTER

RESIDENT
NAME: RIGER MAYAN
CARES ID #: 700134
SIGNATURE: Riger



NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
ATTICA C.F. RELEASED IDENTIFICATION
CARD ISSUED FOR IDENTIFICATION PURPOSES ONLY
NAME: MAYANDUENA, RIGER
SSN: 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
EYES: BROWN
DOB: 10/11/77
HT: 5'7"
WT: 150
SEX: MALE
HAIR: BLACK
RELEASE DATE: 05/21/19
VALID FOR 120 DAYS FROM RELEASE



**NYC IDENTIFICATION CARD**
ID NUMBER: 16241777527431
NAME: Mayanduena Riger
ADDRESS/ZIP: c/o Help Meyer, 600 E 125th St, New York, NY 10035
DATE OF BIRTH: 10/11/1977
EYE COLOR: Brown
HEIGHT: 5' 7"
GENDER: M
EXPIRATION: 08/16/2024
ORGAN DONOR
Signature: Riger

| 10/03/2019 | 50 | MAIL RETURNED UNDELIVERABLE: The # 46 Report and Recommendations that was sent to Riger Mayandeunas at Attica Correctional Facility was returned undeliverable. Envelope marked: "Return to Sender - Released." "Return to Sender - Refused - Unable to Forward - Return to Sender." {Document re-served on plaintiff at his new address}. (rep) (Entered: 10/03/2019) |
|---|---|---|
| 10/30/2019 | 51 | MAIL RETURNED UNDELIVERABLE: The # 46 Report and Recommendations that were sent to Riger Mayandeunas at c/o HELP MEYER Men's Shelter at Manhattan Psychiatric Center, 699 E. 125th Street, New York, NY 10035 was returned undeliverable. Envelope marked: "Return to Sender - Insufficient Address - Unable to Forward." (rep) (Entered: 10/30/2019) |

Riger Mayandignas
600 East 125th St.
New York, NY, 10035
Room 865, Bed 864

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
NOV 1 2 2019
RECEIVED

NEW YORK NY 100
07 NOV 2019 PM 5 L



Honorable Judge Glenn T. Suddaby
United States District Judge
Federal Building and U.S. Court House
P.O. Box 7336
Syracuse, NY, 13261-7336