

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on May 4, 2020 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 5th day of May, 2020.

John M. Domurad, Clerk
U.S. District Court

By:    s/ R. Pieklik
        Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | Riger Mayandeunas v. Bigelow, et al. 9:18-cv-1161 (GTS/TWD) |
| Docket No. of Appeal: | 61 |
| Document Appealed: | 56, 60 |
| Fee Status: | Paid _X_ {Receipt No. ANYNDC-5109081} |
| Counsel: | Retained _X_ |
| Time Status: | Timely _X_ |
| Certificate of Appealability: | N/A _X_ |