UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
RIGER MAYANDEUNAS, f/k/a Mayan Duenas Riger,

        Plaintiff,

   -against-

BIGELOW, Corr. Officer, f/k/a Officer Bigelow;
HARRIMAN, Nurse Admin; FULLER, C.O.;
JASON BURDO, C.O., f/k/a Burgo; MAURER,
C.O.; and DIXON, Sgt.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION AND PROPOSED ORDER TO AMEND CAPTION**

9:18-cv-1161 (GTS/TWD)

      WHEREAS, plaintiff's amended complaint in this action (Dkt. No. 9) spells plaintiff's name "Riger Mayanduenas"; and

      WHEREAS, the order issued by this Court on the 22nd of January, 2019 (Dkt. No. 12) ordered that the Clerk of the Court shall amend the docket to substitute in the caption "Riger Mayanduenas" in place of "Mayan Duenas Riger"; and

      WHEREAS, whereas the caption in this docket currently spells plaintiff's name "Riger Mayandeunas"; and

      WHEREAS, the caption in this docket with the aforementioned spelling of plaintiff's name as "Riger Mayandeunas" has been certified by the Clerk of the Court (Dkt. No. 62) to represent the Record on Appeal in connection with plaintiff's notice of appeal to the United States Court of Appeals for the Second Circuit (Dkt. No. 61), filed on the 4th of May, 2020; and

      WHEREAS, plaintiff must certify to the United States Court of Appeals for the Second Circuit that the caption-as-docketed is in conformity with the rulings of this Court; and

      WHEREAS, more than 21 days has passed since service of a responsive pleading in this case;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the caption of this action be amended to replace "Riger Mayandeunas" with "Riger Mayanduenas" as the named plaintiff.  The new caption shall be *Riger Mayanduenas, f/k/a Riger Mayadeunas v. Bigelow, Corr. Officer, f/k/a Officer Bigelow; Harriman, Nurse Admin; Fuller, C.O.; Jason Burdo, C.O., f/k/a Burgo; Maurer, C.O.; and Dixon, Sgt.*.  Pursuant to Federal Rules of Civil Procedure 10(e)(2)(A) and 10(e)(2)(B), the record shall be corrected and a supplemental record be certified and forwarded to the United States Court of Appeals for the Second Circuit.

STIPULATED AND AGREED:

SIVIN & MILLER, LLP

By: s/ Edward Sivin
Bar Roll Number: 514765
Attorneys for Plaintiff
Sivin & Miller, LLP
20 Vesey Street, Suite 1400
New York, NY 10007
Telephone: (212) 349-0300
E-mail: esivin@sivinandmiller.com

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants

By: s/ Kostas D. Leris (by Edward Sivin)[1]
Kostas D. Leris
Assistant Attorney General, of Counsel
Bar Roll No. 519646
The Capitol
Albany, New York 12224
Telephone: (518) 776-2574
Email: Kostas.Leris@ag.ny.gov

SO ORDERED

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated:  May 8, 2020
        Syracuse, New York

---

[1] Plaintiff, pursuant to General Order #22 of this Court, § 6.3(2), represents the consent of the other parties to this document requiring signatures of more than one party.