UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RIGER MAYANDUENAS,

                       Plaintiff,                    **STIPULATION AND ORDER OF PARTIAL DISCONTINUANCE PURSUANT TO FRCP 41(a)**

    -against-

N.A. HARRIMAN, et al.,                            18-CV-1161
                                                                             GTS/TWD

                       Defendants.
-------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendants Shane Bigelow, Paul Harriman, Ronald Fuller, Michael Dixon, Kenneth Maurer and Jason Burdo, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action be and the same hereby is partially discontinued on the following grounds and conditions:

1. Plaintiff voluntarily discontinues all claims in the Amended Complaint [ECF No. 9] asserted against Defendants Paul Harriman s/h/a Nurse Administrator Harriman, and Michael Dixon s/h/a Sgt. Dixon, with prejudice and without damages, costs, interest or attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Plaintiff does not discontinue any of his claims against Defendants Shane Bigelow s/h/a Correction Officer Bigelow, Ronald Fuller s/h/a C.O. Fuller, Jason Burdo s/h/a C.O. Jason Burdo, and Kenneth Maurer s/h/a C.O. Maurer;

3. The foregoing constitutes the entire agreement of the parties.

**IT IS FURTHER AGREED** that this stipulation may be signed and/or executed by facsimile and a facsimile copy may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
March 31, 2022

*[signature]*
Edward Sivin, Esq.
Attorneys for Plaintiff
Sivin, Miller & Roche, LLP
20 Vesey Street, Suite 1400
New York, New York 10007
(212) 349-0300

Dated: Albany, New York
March 31, 2022

LETITIA JAMES
Attorney General
State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: *s/ Kostas D. Leris*
Kostas D. Leris
Assistant Attorney General, of Counsel
Bar Roll No. 519646
Telephone: (518) 776-2574
Email: Kostas.Leris@ag.ny.gov

Dated: Syracuse, New York
March 31, 2022

SO ORDERED:

*[signature]*
Hon. Glenn T. Suddaby
Chief U.S. District Judge