**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

RIGER MAYANDUENAS, formerly known
as Riger Mayandeunas, formerly known as
Mayan Duenas Riger,                                      9:18-cv-1161
                                                         (AMN/TWD)

                      Plaintiffs,

v.

SHANE BIGELOW, RONALD FULLER,
JASON BURDO, KENNETH MAURER,

                      Defendants.

---

**Hon. Anne M. Nardacci, United States District Judge:**

**VERDICT SHEET**

**PLEASE NOTE**

- Each Juror will be provided with a Verdict Sheet. However, your verdict should be reported to the Judge on **ONLY ONE verdict sheet, signed by the jury foreperson.** The remaining Verdict Sheets should be returned to the courtroom deputy unsigned, following the completion of your deliberation.

- Please carefully follow the bold-type directions accompanying each question.

- Please indicate your response to the following questions by placing an "X" on the appropriate lines.

## Question 1

### Eighth Amendment – Excessive Force

Do you find that Plaintiff Riger Mayanduenas has proven by a preponderance of the evidence each and every element of his Eighth Amendment excessive force claim under 42 U.S.C. § 1983 against

| | | |
|---|---|---|
| Defendant Shane Bigelow? | Yes_____ | No__X__ |
| Defendant Jason Burdo? | Yes_____ | No__X__ |
| Defendant Ronald Fuller? | Yes_____ | No__X__ |
| Defendant Kenneth Maurer? | Yes_____ | No__X__ |

**If you answered Yes to one or more Defendants, proceed to Question 2. If you answered No to all Defendants, your deliberations are complete. The Foreperson should sign and date the final page of this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached.**

## Question 2

### Eighth Amendment– Excessive Force – Compensatory or Nominal Damages

What amount, if any, do you award as compensatory damages in connection with Plaintiff Riger Mayanduenas' Eighth Amendment excessive force claim under 42 U.S.C. § 1983? If one or more of Defendants are found liable to Plaintiff in connection with his Eighth Amendment excessive force claim under 42 U.S.C. § 1983, the liable Defendants (if more than one) are jointly and severally liable for whatever compensatory damages you determine Plaintiff has suffered. Accordingly, you should calculate a single sum for Plaintiff's compensatory damages. (*Please Note*: If you find that Plaintiff's rights were violated but that Plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual damages, then you must return an award of nominal damages in the sum of $1.00.)

$_____

**Proceed to Question 3 on the next page.**

## Question 3

### Eighth Amendment– Excessive Force –
### Punitive Damages

Do you find that Plaintiff Riger Mayanduenas is entitled to an award of punitive damages in connection with his Eighth Amendment excessive force claim under 42 U.S.C. § 1983 against

| | | |
|---|---|---|
| Defendant Shane Bigelow? | Yes_____ | No_____ |
| Defendant Jason Burdo? | Yes_____ | No_____ |
| Defendant Ronald Fuller? | Yes_____ | No_____ |
| Defendant Kenneth Maurer? | Yes_____ | No_____ |

**Proceed to the bottom of this page.**

**The Foreperson should sign and date this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached.** ***Redacted***

Foreperson: _____[redacted]_____ Date: 10/20/23